IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-216 |
| v. | |
| UNITED STATES DISTRICT COURT OF GEORGIA, UNITED STATES DISTRICT COURT OF GEORGIA, SAVANNAH DIVISION BOARD OF DIRECTORS, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 17, 2022, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff's claims are **DISMISSED**. (Doc. 1.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of December, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA