AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CALVIN B. JAMES,

      Plaintiff,

                V.

UNITED STATES DISTRICT COURT OF
GEORGIA, UNITED STATES DISTRICT
COURT OF GEORGIA, SAVANNAH
DIVISION BOARD OF DIRECTORS,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  4:20-cv-216

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated December 28, 2022, the U.S. Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed

and this action stands closed.

Approved by: _____



December 29, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020